

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00729-CR

James Joshua **GRIFFIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11589
Honorable Jennifer Pena, Judge Presiding

# O R D E R

The reporter's record was originally due November 7, 2022. On November 8, 2022, the court reporter filed a notification of late record, requesting an extension until March 8, 2023 to file the record. On November 10, 2022, we granted the court reporter's request in part and ordered the reporter's record due by January 6, 2023. On that day, the court reporter filed a second notification of late record requesting an extension until February 5, 2023. After consideration, we **GRANT** the request and **ORDER** the reporter's record due by February 5, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court